SHAW, Justice.
We have for review Polson v. State, 636 So.2d 605 (Fla. 5th DCA 1994), wherein the district court relied on Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), to affirm a trial court order finding Florida’s stalking statute, § 784.048, Florida Statutes (Supp.1992), constitutional. We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
We recently reviewed Bouters and found the statute constitutional. See Bouters v. State, No. 83,558, — So.2d — [1995 WL 242403] (Fla. Apr. 27, 1995). Accordingly we approve the district court decision in Poison.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.